GEORGE MACCULLOCH MILLER, as Executor of and Trustee under the Will of SUSAN O. HOFFMAN, Deceased, Respondent, *v.* JOSEPH H. WARREN et al., Appellants.

*Miller* v. *Warren*, 94 App. Div. 192, affirmed.
(Argued June 9, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 21, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*David Thornton* for appellants.

*Eugene V. Daly* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

MINNIE WILLINSKY, as Administratrix of the Estate of HARRY WILLINSKY, Deceased, Respondent, *v.* GEORGE F. GREGORY et al., Appellants, Impleaded with Another.

*Willinsky* v. *Gregory*, 94 App. Div. 620, affirmed.
(Argued June 9, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 27, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*L. Sidney Carrère* for appellants.

*Louis Steckler* and *J. Brownson Ker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.